1  **CUSTODIO & DUBEY, LLP**
   Robert Abiri (SBN 238681)
2  445 S. Figueroa Street, Suite 2520
   Los Angeles, CA 90071
3  Telephone: (213) 593-9095
   Facsimile: (213) 785-2899
4  E-mail: abiri@cd-lawyers.com

5
   *Attorney for Plaintiff and the*
6  *Putative Classes*

7

8              **IN THE UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9

10 | Elena Nacarino, on behalf of herself and all others similarly situated, | Case No.: 3:22-cv-04721 |
   |---|---|
   | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
   | vs. | |
   | RB Health (US) LLC, | |
   | Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Elena Nacarino ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismisses all of her individual claims in the above-captioned action, without prejudice, against Defendant RB Health (US) LLC ("Defendant"). The claims of the putative class are dismissed without prejudice. Each party shall bear its own costs and fees.

Defendant has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss her individual claims in this action against Defendant without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: October 14, 2022            **CUSTODIO & DUBEY, LLP**

By:   /s/ *Robert Abiri*

Robert Abiri (SBN 238681)
*E-mail: abiri@cd-lawyers.com*
445 S. Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Facsimile: (213) 785-2899

*Attorney for Plaintiff and the Putative Classes*

1
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)